# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Carnella Davis,<br><br>        Plaintiff,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 1:15-cv-01084-TCB |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carnella Davis, by and through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant Gentiva Health Services, Inc.

Respectfully submitted,

June 23, 2015

By: */s/ Gilda A. Hernandez*
Gilda A. Hernandez

THE LAW OFFICES OF GILDA
A. HERNANDEZ, PLLC
Gilda A. Hernandez
315 S. Salem Street, Suite 310
Apex, NC 27502
(919) 741-8693
ghernandez@gildahernandezlaw.com

1

                                                BARRETT & FARAHANY, LLP
Amanda A. Farahany,
GA Bar No. 646135
1100 Peachtree Street, NE,
Suite 500
Atlanta, GA 30309
404-214-0120
amanda@bf-llp.com

## CERTIFICATE OF SERVICE

I do hereby certify that on June 23, 2015, I caused the foregoing *NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)* to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered as CM/ECF participants.

          Respectfully submitted,

By: */s/ Gilda A. Hernandez*
    Gilda A. Hernandez

    THE LAW OFFICES OF GILDA
    A. HERNANDEZ, PLLC
    Gilda A. Hernandez
    315 S. Salem Street, Suite 310
    Apex, NC 27502
    (919) 741-8693
    ghernandez@gildahernandezlaw.com

    BARRETT & FARAHANY, LLP
    Amanda A. Farahany,
    GA Bar No. 646135
    1100 Peachtree Street, NE,
    Suite 500
    Atlanta, GA 30309
    404-214-0120
    amanda@bf-llp.com